# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROY BELL,<br><br>        Plaintiff(s),<br><br>vs.<br><br>THE STATE OF NEVADA, et al.,<br><br>        Defendant(s). | Case No. 2:14-cv-00476-RFB-NJK<br><br>ORDER GRANTING IN PART MOTION TO EXTEND<br><br>(Docket No. 27) |

Pending before the Court is Defendants' motion to extend the deadline to respond to the complaint. Docket No. 27. Defendants acknowledge the Court's clear order that the response to the complaint was due no later than October 6, 2014 for any Defendants on whose behalf the Attorney General accepted service. *See id.* at 2; *see also* Docket No. 17 at 2. Nonetheless, Defendants argue that there was a docketing error in that a later date was automatically generated by CM/ECF. *See* Docket No. 27 at 2. Defendants' motion seeks an extension to the later, CM/ECF-generated deadline. *See id.*

It is well settled that an automatically-generated CM/ECF notice does not constitute an order of the Court. *See, e.g.*, *Carrillo v. B&J Andrews Enters., LLC*, 2013 U.S. Dist Lexis. 22010, *2 (D. Nev. Feb. 19, 2013). When such a notice conflicts with a Court order, parties are required to comply with the Court order. *Id.* Accordingly, there should have been no confusion that Defendants' deadline to respond to the complaint remained October 6, 2014.

//

//

1    The Court expects Defendants' counsel to strictly comply with all Court orders. Nonetheless,
2 in this one instance, the Court will grant in part the motion for an extension to October 14, 2014.
3    IT IS SO ORDERED.
4    DATED: October 7, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge