# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROY BELL, | Case No. 2:14-cv-00476-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER DENYING MOTION TO EXTEND |
| THE STATE OF NEVADA, et al., | (Docket No. 41) |
| Defendant(s). | |

Pending before the Court is Defendants' motion to extend the deadline to serve Defendant Joyce Chang's interrogatories responses, Docket No. 41, which is hereby **DENIED**. First, the pending motion fails to cite to a single legal authority and is therefore improper. *See* Local Rule 7-2(d). Similarly, the pending motion fails to articulate the applicable standards. Second, although not entirely clear, the strong indication from the record is that the reason an extension is sought is that Defendant Chang has chosen to not meaningfully participate in the discovery process. *See* Docket No. 41 at 2-3. The Court fails to discern how that provides a legitimate basis for a further extension to a discovery deadline that was initially set for December 1, 2014 (*i.e.*, almost five months ago). *See id.* at 2.

IT IS SO ORDERED.

DATED: April 28, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge