# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

ROY BELL,

    Plaintiff,

 v.

STATE OF NEVADA, *et al.*,

    Defendants.

Case No. 2:14-cv-00476-RFB-NJK

ORDER TO PRODUCE
**ROY BELL #28511**

TO: DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS;
TO: and DWIGHT NEVEN, HIGH DESERT STATE PRISON
   INDIAN SPRINGS, NV
   UNITED STATES MARSHAL FOR THE DISTRICT OF
   NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **ROY BELL, #28511**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **ROY BELL, #28511,**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Wednesday, February 10, 2016, at the hour of 2:30 p.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **ROY BELL, #28511,**, is released and discharged by the said Court;

and that the said **ROY BELL, #28511,**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 26th day of January, 2016.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**