1  ADAM PAUL LAXALT
   Nevada Attorney General
2  FRANK A. TODDRE II
   Deputy Attorney General
3  Nevada Bar No. 11474
   E-mail: ftoddre@ag.nv.gov
4  Public Safety Division
   555 E. Washington Ave., Ste. 3900
5  Las Vegas, NV 89101
   P: (702) 486-3149
6  F: (702) 486-3773
   *Attorneys for Defendants*

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10  ROY BELL,                        )    Case No.: 2:14-cv-00476-RFB-NJK
                                     )
11           Plaintiff,             )         ORDER GRANTING
                                     )    **MOTION TO VACATE AND**
12  vs.                              )    **CONTINUE THE APRIL 22, 2016**
                                     )    **SETTLEMENT CONFERENCE**
13  THE STATE OF NEVADA, et al.,     )
                                     )
14           Defendants.            )
    _____ )
15

16      Defendants, Dr. Romeo Aranas, Dr. Robert Bruce Bannister, Dr. Joyce Chang, Dr. James

17  Holmes, and Cynthia Sablica, by and through counsel, ADAM PAUL LAXALT, Attorney General

18  of the State of Nevada, and FRANK A. TODDRE II, Deputy Attorney General, hereby submit this

19  Motion to Vacate the April 22, 2016, Mediation Conference. (Dkt. #59)

20                **MEMORANDUM OF POINTS AND AUTHORITIES**

21      On February 16, 2016, this Court issued an Order setting a Mediation Conference in this

22  case for April 22, 2016, at 9:30 am. (Dkt. #59).  However, the undersigned, Frank Toddre II, is

23  already scheduled to be in trial on the matter of *Reginald Howard vs S. Foster, et al.*, Case No.

24  2:13-cv-01368-RFB-NJK, which starts on April 19. (Dkt. #39 Minute Order).  Further, Nancy

25  Katafias, the Tort Claims Manager for the Office of the Attorney General, is already scheduled to

26  be at a separate Early Mediation Conference on this same date.[1]  Thus, Defendants request that

27  this Court reschedule the April 22, 2016, Mediation Conference.  Counsel has also drafted a

28  _____

[1] Ms. Katafias is the person with authority to settle cases on behalf of the State of Nevada

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

letter to Plaintiff advising him of the Defendants' intention to move for a continuance.  As of the filing of this Motion, Defendants, including Ms. Katafias, are available on the following dates:

- Friday, May 27, 2016, at 9:00 a.m.;
- Friday, June 3, 2016, at 9:00 a.m. or 1:00 p.m.;
- Friday, June 10, 2016, at 9:00 a.m. or 1:00 p.m.;
- Friday, June 17, 2016, at 9:00 a.m. or 1:00 p.m.;
- Friday, June 24, 2016, at 9:00 a.m. or 1:00 p.m.;

The Court Order provides that any request to change the date of the settlement conference must be filed within seven days of the issuance of the Order and provides that the moving party includes at least five alternative dates.  This request is timely and provides the requested alternative dates.

DATED this 18th day of February, 2016.

Respectfully submitted,

ADAM PAUL LAXALT
Nevada Attorney General

By:     /s/  Frank A. Toddre II
        FRANK A. TODDRE II
        Deputy Attorney General
        Nevada State Bar No. 11474
        *Attorneys for Defendants*

This motion is GRANTED, and the settlement conference is hereby CONTINUED to 9:30 a.m. on June 3, 2016.
Settlement statements shall be submitted by May 20, 2016.
All other requirements in Docket No. 59 continue to apply.
IT IS SO ORDERED.

Dated:  February 18, 2016

_____
United States Magistrate Judge

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101