**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROY BELL, | ) | |
|             Plaintiff(s), | ) | Case No. 2:14-cv-00476-RFB-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| STATE OF NEVADA, et al., | ) | (Docket No. 77) |
| | ) | |
|             Defendant(s). | ) | |

Pending before the Court is a motion to extend the deadline to file dismissal paperwork. Docket No. 77. The Court finds insufficient cause has been shown for the 30-day extension sought, but finds good cause has been shown for a 7-day extension. Accordingly, the motion is **GRANTED** in part and **DENIED** in part. The deadline to file dismissal paperwork is extended to July 21, 2016.

IT IS SO ORDERED.

DATED: July 15, 2016

_____
Nancy J. Koppe
United States Magistrate Judge