UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROY BELL,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>        Defendants. | Case No. 2:14-cv-00476-RFB-NJK<br><br>**ORDER** |

      Before the Court is a Report and Recommendation issued by the Honorable Nancy J. Koppe, United States Magistrate Judge, regarding Plaintiff's Complaint. ECF No. 12.

      On June 17, 2016, Judge Koppe issued a recommendation that default judgment be entered on Plaintiff's claims against Defendant Chang. ECF No. 74. The willful failure of Defendant Chang to comply with the Court's orders is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than default judgment are unavailable because Defendant Chang has willfully refused to comply with multiple Court orders despite the warning that sanctions including default judgment may result. Therefore, Judge Koppe has recommended that default judgment be entered on Plaintiff's claims against Defendant Chang.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. §

636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Under Local Rule IB 3-2(a), objections to the Report and Recommendation were due by July 4, 2016. No objections have been filed. The Court has reviewed the record in this case and agrees with Judge Koppe's recommendation that default judgment be entered on Plaintiff's claims against Defendant Chang.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the report and recommendation of Magistrate Judge Koppe (ECF No. 74), are ADOPTED in their entirety.

**IT IS FURTHER ORDERED** that default judgment be entered on Plaintiff's claims against Defendant Chang.

DATED this 12th day of September, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE