# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROY BELL, | Case No. 2:14-cv-00476-RFB-NJK |
| Plaintiff, | ORDER TO PRODUCE<br>**ROY BELL #28511** |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

TO: MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: BRIAN E. WILLIAMS, SR., WARDEN, HIGH DESERT STATE PRISON
INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **ROY BELL, #28511**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **ROY BELL, #28511,**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Wednesday, April 19, 2018, at the hour of 3:00 p.m., in LV Courtroom 7C to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **ROY BELL, #28511,**, is released and discharged by the said Court;

and that the said **ROY BELL, #28511,**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 10th day of April, 2018.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**